WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Angela Hilgedick, surviving spouse of L.D. Steven Gladestone, on her own behalf and on behalf of Doreen Gladstone, surviving mother of L.D. Steven Gladstone,<br><br>              Plaintiffs,<br><br>vs.<br><br>United States of America; Sue Collins, P.C., an Arizona corporation; Walgreens Oshkosh, Inc., a foreign corporation; Walgreens National Corporation, a foreign corporation, d/b/a Walgreens; Walgreen Arizona Drug Co., a foreign corporation; Walgreens Health Initiatives, Inc., a foreign corporation, d/b/a Walgreens Health Initiatives; WHP Health Initiatives, Inc., an Illinois corporation; Walgreen Pharmacy Services Western, L.L.C., a foreign corporation; Walgreen Co., a foreign corporation;<br><br>              Defendants. | No. CV-08-8160-PHX-LOA<br><br>**ORDER** |

Plaintiffs' counsel having failed to comply with two prior court orders, docket ## 16, 22, and violated LRCiv 7.1(a)(3) (use of improper capitalization of party names),

**IT IS ORDERED** that Plaintiffs' Response to Defendant United States of America's Motion to Dismiss and Remand and Motion to Vacate Entry of Default, docket ## 23-24, are hereby **STRICKEN** from the record without prejudice. Plaintiffs may,

1 however, refile these documents no later than **Tuesday, January 20, 2009** without
2 substantive changes in full compliance with prior court orders.  Failure to timely refile these
3 documents, which shall comply in all aspects with the Local Rules and prior court orders,
4 may result in the Court's ruling on the pending Motions without consideration of Plaintiffs'
5 amended Responses.

6       **IT IS FURTHER ORDERED** that the time for the United States' optional
7 Reply shall not begin to run until Plaintiffs' amended Responses are filed.

8       Chamber's staff shall fax a copy of this signed order to Plaintiffs' counsel in
9 the event she does not read her electronically-delivered orders.

10       DATED this 15th day of January, 2009.

                              Lawrence O. Anderson
                             United States Magistrate Judge

26 1/15/09: faxed copy to Alicia Funkhouser by vlg